**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA

vs.                    NO. 4:07cr00387-003 SWW

PAUL ANTHONY HEACOX

<u>ORDER</u>

Defendant appeared for a hearing before this Court on September 29, 2008, and entered a guilty plea at which time, counsel for the defendant requested that the defendant be allowed to remain on bond for thirty days to allow defendant to resolve his business affairs.  There being no objection by the government, the Court found that there are exceptional circumstances, pursuant to 18 U.S.C. 3145, to allow defendant to remain on  conditions of release and that such conditions should be modified.

IT IS THEREFORE ORDERED that defendant's conditions of release shall be modified to include a special condition of home detention with electronic monitoring.  The cost of such monitoring shall be paid by the United States Probation Office.

IT IS FURTHER ORDERED that defendant shall surrender to the United States Marshal in Little Rock, Arkansas, by noon on October 27, 2008, to be detained pending sentencing in this matter.

DATED this 29th day of September, 2008.

<u>/s/Susan Webber Wright</u>

UNITED STATES DISTRICT JUDGE